United States Court of Appeals

For the Eighth Circuit

_____

No. 12-1040

_____

Gregory Givens

*Plaintiff - Appellant*

v.

State of Iowa; City of Cedar Rapids Police Department; Michael Dierks, Police Officer

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: August 10, 2012
Filed: August 17, 2012
[Unpublished]

_____

Before MURPHY, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Iowa inmate Gregory Givens appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 complaint. After careful de novo review, *see Moore v. Sims*,

_____

[1]The Honorable Edward J. McManus, United States District Judge for the Northern District of Iowa.

200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we affirm the district court's judgment, and deny Givens's motion for appointment of counsel. *See* 8th Cir. R. 47B.

_____